UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **TERRY LEE KLIMER,** | ) |
| **Plaintiff,** | ) Case No. CV 15-1128-AJW |
| v. | ) **J U D G M E N T** |
| **CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,** | ) |
| **Defendant.** | ) |

**IT IS ADJUDGED** that defendant's decision is affirmed.

July 19, 2016

_____
ANDREW J. WISTRICH
United States Magistrate Judge